Roman M. Silberfeld, SBN 62783
RSilberfeld@RobinsKaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:    (310) 552-0130
Facsimile:    (310) 229-5800

Miles A. Finn, pro hac vice
MFinn@RobinsKaplan.com
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone:    (212) 980-7439
Facsimile:    (212) 980-7499

Christopher K. Larus, pro hac vice
CLarus@RobinsKaplan.com
Alyssa N. Lawson, SBN 267107
ALawson@RobinsKaplan.com
Rajin S. Olson, pro hac vice
ROlson@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Telephone:    (612) 349-8500
Facsimile:    (612) 339-4181

*See signature page for complete list*

Attorneys for Plaintiff
AVOCENT HUNTSVILLE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVOCENT HUNTSVILLE, LLC, an Alabama corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZPE SYSTEMS, INC., a California corporation,<br><br>Defendant. | Case No.  3:17-cv-04319-WHO<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL**<br><br>Lead consolidated case<br><br>Judge: Hon. William H. Orrick |
| AVOCENT CORPORATION and AVOCENT HUNTSVILLE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ZPE SYSTEMS INC.; ARNALDO ZIMMERMANN;LIVIO CECI, and FICTITIOUS DEFENDANTS A THROUGH M,<br><br>Defendants. | Case No.  3:18-cv-06556-WHO |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

Plaintiffs Avocent Huntsville, LLC and Avocent Corporation (collectively, "Avocent") and Defendants ZPE Systems, Inc. ("ZPE"), Arnaldo Zimmerman, and Livio Ceci (collectively, "Defendants"), parties to the above consolidated Actions, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal WITH PREJUDICE of all claims and counterclaims stated herein against all parties, except ZPE's counterclaims for declaratory judgment of invalidity and unenforceability of the asserted patents (Dkt. 148, Counts III-IV), which shall be dismissed WITHOUT PREJUDICE.

Each party will bear its own costs and attorneys' fees incurred in connection with the Actions.

Dated:  February 12, 2019

ROBINS KAPLAN LLP

By:  /s/ *Christopher K. Larus*
       Christopher K. Larus

Roman M. Silberfeld, SBN 62783
RSilberfeld@RobinsKaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:   (310) 552-0130
Facsimile:   (310) 229-5800

Christopher K. Larus, pro hac vice
CLarus@RobinsKaplan.com
Alyssa N. Lawson, SBN 267107
ALawson@RobinsKaplan.com
Rajin S. Olson, pro hac vice
ROlson@RobinsKaplan.com
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Telephone:   (612) 349-8500
Facsimile:   (612) 339-4181

Miles A. Finn, pro hac vice
MFinn@RobinsKaplan.com
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone:   (212) 980-7400
Facsimile:   (212) 980-7499

JOINT STIPULATION ORDER FOR
DISMISSAL

CV17-04319 WHO (KAW)

- 2 -

Robert H. Sloss, SBN 87757
robert.sloss@procopio.com
Procopio Cory Hargreaves & Savitch LLP
1117 California Ave., Suite 200
Palo Alto, California 94304
Telephone:  (650) 645-9000
Facsimile:   (619) 235-0398

Donald L. Jackson, pro hac vice
djackson@davidsonberquist.com
James D. Berquist, pro hac vice
jberquist@dbjg.com
Alan Wright, pro hac vice
awright@dbjg.com
Davidson Berquist Jackson & Gowdey LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Telephone:   (571) 765-7700
Facsimile:   (571) 765-7200


*Attorneys for Plaintiff Avocent Huntsville, LLC*

Dated:  February 12, 2019

MISHCON DE REYA NEW YORK LLP

By:     */s/ Robert A. Whitman*
      Robert A. Whitman

Robert A. Whitman
N.D. Ca. Bar No. 2497147
robert.whitman@mishcon.com
Mishcon De Reya New York LLP
156 Fifth Avenue, Suite 904
New York, New York 10010
Telephone: (212) 612-3270
Facsimile: (212) 612-3297

Scott E. Kolassa, State Bar No. 294732
skolassa@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, California 94025
Telephone: (650) 324-6349
Facsimile: (650) 618-1544


*Attorneys for Defendant ZPE Systems, Inc.*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

JOINT STIPULATION ORDER FOR
DISMISSAL

CV17-04319 WHO (KAW)

- 3 -

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

1

**FILER'S ATTESTATION (Civil L.R. 5-1(i)(3))**

2    I, Christopher K. Larus, hereby attest that concurrence in the filing of this document has

3 been obtained from all signatories. Executed February 12, 2019, in Minneapolis, Minnesota.

4                                    /s/ Christopher K. Larus

5

6

7

8                                    **ORDER**

9    PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12

13    Dated:  February 19, 2019             HON. WILLIAM H. ORRICK
                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION ORDER FOR                              CV17-04319 WHO (KAW)
DISMISSAL